JS-6

| | |
|---|---|
| 1 | STEPHANIE YONEKURA |
| | Acting United States Attorney |
| 2 | LEON W. WEIDMAN |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | DONALD W. YOO (SBN 227679) |
| 4 | Assistant United States Attorney |

        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-3994
        Facsimile: (213) 894-7819
        E-mail: donald.yoo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANDERSON, | No. CV 13-1533-GW(DTBx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| | Honorable George H. Wu |

1  Pursuant to the Stipulation for Compromise Settlement and Dismissal entered into
2  between Plaintiff Troy Anderson and Defendant United States of America, IT IS
3  HEREBY ORDERED THAT:
4      1.    The above-captioned action is dismissed with prejudice in its entirety;
5      2.    Each party shall bear their own costs of suit and fees; and
6      3.    The Court retains jurisdiction pending payment of the settlement.

Dated: __September 8, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1